## CLEVELAND RICHBOURG, JR., v. THE STATE OF FLORIDA

25 So. (2nd) 280                             January Term, 1946
March 12, 1946                                        Division B

*D. W. Berry,* for appellant.

*J. Tom Watson,* Attorney General, and *Reeves Bowen,* Assistant Attorney General, for appellee.

PER CURIAM:

Affirmed.

CHAPMAN, C. J., BROWN, THOMAS and SEBRING, JJ., concur.